UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.   3:21-cv-646-DJH

JONATHAN R. WHITLOW                                                    PLAINTIFF

vs.

CAINE & WEINER CO., INC.                                              DEFENDANTS
CAPITAL ONE AUTO FINANCE, INC.
EQUIFAX INFORMATION SERVICES, LLC
FIRST FINANCIAL CREDIT, INC. and
GLA COLLECTION CO., INC.

**NOTICE OF REMOVAL**
(Removed Proceeding: Meade Circuit Court
Civil Action No. 21-CI-00228)

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Capital One, N.A. d/b/a

Capital One Auto Finance (sued as "Capital One Auto Finance, Inc.") ("COAF") respectfully

submits this notice of removal, which is based on the following:

1.      On September 2, 2021, Plaintiff, Jonathan R. Whitlow ("Plaintiff"),

commenced a civil action styled as *Whitlow v. Caine & Weiner Company, Inc., et al.*, Case No.

21-CI-00228, in the Meade County Circuit Court (the "State Court" and the "State Court

Action").  True and correct copies of the Complaint filed in and the Summons issued by the

State Court are attached as Exhibit A.

2.      The Summons and Complaint were served on COAF on September 20, 2021.

3.      The Summons and Complaint constitute all pleadings, process, and other

documents provided to COAF in the State Court Action.  The Complaint sets forth the claims

upon which Plaintiff's action is based.

4.     This notice is timely because COAF has filed its notice of removal within thirty days of receipt of a paper from which it could first be ascertained that this action is removable. *See* 28 U.S.C. § 1446(b)(1).

5.     COAF has not filed an Answer or other pleading in the State Court Action.

6.     The State Court Action is being removed to this Court based on federal question jurisdiction, pursuant to 28 U.S.C. § 1331, because Plaintiff has asserted (among other claims) a claim against COAF under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681n and 1681o.

7.     COAF submits this Notice without waiving any potentially applicable defenses, including (without limitation) Plaintiff's failure to plead claims upon which relief can be granted.

8.     Pursuant to 28 U.S.C. § 1446(b)(2)(A), the other remaining Defendants, Equifax Information Services, LLC, First Financial Credit, Inc., and GLA Collection Co., Inc., each consent to removal. Plaintiff voluntarily dismissed Defendant Caine & Weiner Company, Inc. from the action on October 1, 2021.  See Exhibit "B" attached hereto.

9.     Immediately after this Notice is filed, COAF will, pursuant to 28 U.S.C. § 1446(d), give written notice of the removal of this action to all adverse parties, and will file a copy of this Notice with the Clerk of the State Court.

**WHEREFORE**, COAF respectfully requests that the within action, now pending in the Meade County Circuit Court, be removed to the United States District Court for the Western District of Kentucky.

Dated: October 20, 2021

*s/ M. Jane Brannon*
Jackson Kelly PLLC
100 West Main Street, Suite 700
P O Box 2150
Lexington, KY  40588-2150
(859) 288-2805
mjbrannon@jacksonkelly.com
*Counsel for Defendant*
*Capital One Auto Finance, LLC*