UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JONATHAN R. WHITLOW,     Plaintiff,

v.     Civil Action No. 3:21-cv-646-DJH-CHL

CAINE & WEINER COMPANY, INC. et al.,     Defendants.

\* \* \* \* \*

## ORDER

All claims having been resolved (*see* Docket No. 1-2; D.N. 12; D.N. 19; D.N. 28; D.N. 30), it is hereby

**ORDERED** that this matter is **DISMISSED** and **STRICKEN** from the Court's active docket.

January 19, 2023

David J. Hale, Judge
United States District Court

1